FILED
December 18, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002295138

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

TO: CASE MANAGER

FROM: Peggy O'Neill
OFFICE OF M. NELSON ENMARK, CHAPTER 12 TRUSTEE

DATE: December 18, 2009

DEBTOR (S): PANDOL, James Alan
Pandol Family Farms

CASE NUMBER: 2009-62162

Please **_set and notice_** the 341 meeting for this case as follows:

DATE OF 341: January 13, 2010

TIME: 11:00 a.m.

LOCATION: UNITED STATES BANKRUPTCY COURT
1300 18TH STREET, SUITE E
BAKERSFIELD, CA