```
 1  M. NELSON ENMARK ESQ. #032477
    CHAPTER TRUSTEE 12 TRUSTEE
 2  3447 WEST SHAW AVENUE
    FRESNO, CA 93711-3204
 3  TELEPHONE: (559) 277-0298
 4
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| In re: | Case No. 09-62162-A-12 |
|---|---|
| James Alan Pandol | CHAPTER 12 TRUSTEE'S REPORT RE: STATUS CONFERENCE |
| | Hearing: March 3, 2010 |
| | Time: 3:00 p.m. |
| | Place: 1300 18th Street, 1st Floor Bakersfield, CA |
| | Judge: Hon. W. Richard Lee |
| Debtor(s). | |

Comes now, M. Nelson Enmark, Chapter 12 Trustee duly assigned to this case and states as follows:

The question involved as to the nature of the farming operation involves 3 separate entities: one entity is the entity which actually undertakes the farming which is a wholly owned corporation owned by the debtor; the second is an entity that sells the crops and that again is wholly owned by the debtor and finally the debtor's individual account.

It appears that all 3 of the entities together do compromise one farming operation and furthermore appears that the debtor would meet the necessary eligibility standards as far as these items are concerned were it a case where all 3 entities were in Chapter 12. The issue involved here is whether or nor the debtor individually qualifies under those circumstances. The debtor has provided the tax returns as requested and that information has been provided to all parties. The

1

341 meeting has not been complete although that information has been provided and has been continued from February 25, 2010 to March 9, 2010 at 1:00 p.m. in Fresno, California. It would appear that the Plan needs to be filed by March 15, 2010 and accordingly that the issue of eligibility will a question which will need to be determined incident to the Plan. The Court may wish to address the question as to whether or not it is essential in order to have an overall farming operation that all of the entities involved be in Chapter 12 and administered in that fashion.

DATED: 3/2/10          Respectfully submitted,

/s/ M. Nelson Enmark

M. NELSON ENMARK
CHAPTER 12 TRUSTEE