```
                                                    FILED
                                              March 17, 2010
                                          CLERK, U.S. BANKRUPTCY COURT
                                          EASTERN DISTRICT OF CALIFORNIA
                                                  0002492683
```

M. NELSON ENMARK ESQ. #032477
CHAPTER TRUSTEE 12 TRUSTEE
3447 WEST SHAW AVENUE
FRESNO, CA 93711-3204
TELEPHONE: (559) 277-0298

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re:

James Alan Pandol
dba: Pandol Family Farms

Debtor(s).

Case No. 09-62162

Chapter 12 Proceeding

REPORT OF CHAPTER 12 TRUSTEE 341 MEETING

The Trustee declares:

1. Date of Meeting: **March 9, 2010**

2. ( ) Meeting concluded.

3. (**XX**) Meeting continued to March 23, 2010 at 1:00 p.m. The meeting will be held at the office of M. Nelson Enmark, Chapter 12 Trustee: 3447 W. Shaw Avenue, Suite A, Fresno, CA 93711

4. ( ) Debtor(s) failed to appear.

5. ( ) Debtor(s) failed to file schedules and/or statement of affairs.

6. ( ) Debtor(s) counsel pro se – debtor acting failed to appear.

7. ( ) Off Calendar – Case to be dismissed

The trustee declares the foregoing is true and correct under penalty of perjury.

DATED: 3/17/10                    /s/ M. Nelson Enmark
                                  _____
                                  M. NELSON ENMARK
                                  Standing Chapter 12 Trustee